DAVID L. WINNETT (SBN: 219063)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
dwinnett@hinshawlaw.com

Attorneys for Defendant
Ziad Takieddine

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Squire, Sanders & Dempsey, L.L.P. | Case No.: cv 09 3699 SI |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER** |
| vs. | Hon. Susan I. Illston |
| Ziad Takieddine | |
| Defendants. | Complaint Filed: August 12, 2009 |

1 | The undersigned parties, by and through their counsel in the above-entitled action, hereby stipulate and agree to continue the hearing on plaintiff's Application for Default Judgment for two weeks to facilitate settlement discussions. The hearing on plaintiff's Application for Default Judgment currently scheduled for March 26, 2010, at 9:00 a.m., shall be reset to April 9, 2010, at 9:00 a.m. Prior to the rescheduled hearing, the parties shall engage in good faith settlement discussions.

**It is so stipulated:**

DATED: March 25, 2010                SQUIRE, SANDERS & DEMPSEY

By: /S/
Evan S. Nadel

DATED: March 25, 2010                HINSHAW & CULBERTSON LLP

By: /S/
David L. Winnett
*Attorneys for Defendant*
*Ziad* Takieddine

IT IS SO ORDERED:

DATED: March ____, 2010              By: [signature]
Susan Illston
Judge of the United States District Court

SANFRANCISCO/343865.1
03/25/10

2992362v1 908801 72690

2