DAVID L. WINNETT (SBN: 219063)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
dwinnett@hinshawlaw.com

Attorneys for Defendant
Ziad Takieddine

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Squire, Sanders & Dempsey, L.L.P.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ziad Takieddine<br><br>　　　　Defendants. | Case No.: cv 09 3699 SI<br><br>**STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER**<br><br>Hon. Susan I. Illston<br><br>Complaint Filed: August 12, 2009 |

1   The undersigned parties, by and through their counsel in the above-entitled action,
2   hereby stipulate and agree to continue the hearing on plaintiff's Application for Default
3   Judgment for two weeks to facilitate settlement discussions. The hearing on plaintiff's
4   Application for Default Judgment currently scheduled for March 26, 2010, at 9:00 a.m.,
5   shall be reset to April ~~9~~ 16, 2010, at 9:00 a.m. Prior to the rescheduled hearing, the parties
6   shall engage in good faith settlement discussions.

7   **It is so stipulated:**

8   DATED: March 25, 2010            SQUIRE, SANDERS & DEMPSEY

10                                   By:  /S/
                                         Evan S. Nadel

12  DATED: March 25, 2010            HINSHAW & CULBERTSON LLP

14                                   By:  /S/
                                         David L. Winnett
15                                       *Attorneys for Defendant*
                                         *Ziad* Takieddine

17      IT IS SO ORDERED:

19  DATED: March ___, 2010           By:  [signature]
                                         Susan Illston
20                                       Judge of the United States District Court

SANFRANCISCO/343865.1
03/25/10

2992362v1 908801 72690