IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUIRE SANDERS AND DEMPSEY, | No. C 09-03699 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ZIAD TAKIEDDINE, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 24, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 3, 2010.

DESIGNATION OF EXPERTS: 8/13/10; REBUTTAL: 9/3/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/1/10.

DISPOSITIVE MOTIONS **SHALL** be filed by October 8, 2010;

Opp. Due October 22, 2010; Reply Due October 29, 2010;

and set for hearing no later than November 5, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 14, 2010 at 3:30 PM.

COURT TRIAL DATE: December 20, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 1 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in early September 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge