UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
SQUIRES, SANDERS & DEMPSEY,  )
LLP,                         )
                             )      No. C09-3699 SI (BZ)
          Plaintiff(s),      )
                             )
     v.                      )
                             )      ORDER RE OVERDUE PAPERS
ZIAD TAKIEDDINE,             )
                             )
          Defendant(s).      )
_____)
```

TO: Defendant and his attorney of record:

On July 12, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for August 31, 2010. Your statement was due August 24, 2010. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by **close of business**, August 26, 2010, defendant(s) and his attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: August 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\SQUIRES SANDER LATE PAPER ORDER.wpd

1