1   DAVID L. WINNETT (SBN: 219063)
    HINSHAW & CULBERTSON LLP
2   One California Street, 18th Floor
    San Francisco, CA 94111
3   Telephone:   415-362-6000
    Facsimile:   415-834-9070
4   dwinnett@hinshawlaw.com

5   Attorneys for Defendant
    Ziad Takieddine

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| Squire, Sanders & Dempsey, L.L.P. | ) **Case No. CV 09 3699 SI** |
| Plaintiff, | ) |
| | ) **STIPULATION TO RESCHEDULE** |
| vs. | ) **SETTLEMENT CONFERENCE AND** |
| | ) **PROPOSED ORDER** |
| Ziad Takieddine, | ) |
| | ) Hon. Susan I. Illston |
| Defendant. | ) |
| | ) Complaint Filed:  August 12, 2009 |

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND PROPOSED ORDER
Case No. CV 09 3699 SI

2996598v1  908801  72690

1    WHEREAS, the parties agreed to expedited scheduling of this lawsuit such that

2  fact discovery closes on September 3, 2010, dispositive motions are due no later than

3  October 8, 2010, and a trial would be held on December 20, 2010;

4    WHEREAS, the parties agreed to attend a Settlement Conference with a

5  magistrate judge substantially prior to the deadline for filing dispositive motions;

6    WHEREAS, Magistrate Judge Zimmerman scheduled a Settlement Conference for

7  August 31, 2010;

8    WHEREAS, plaintiff Squire, Sanders & Dempsey L.L.P. ("SSD") noticed Mr.

9  Takieddine's deposition to take place a day prior to the scheduled Settlement Conference

10  on August 30, 2010, to take advantage of Mr. Takieddine's attendance of the Settlement

11  Conference;

12    WHEREAS, counsel for defendant Ziad Takieddine notified Mr. Takieddine on

13  August 25, 2010, that he will move to withdraw as counsel for Mr. Takieddine;

14    NOW, THEREFORE, THE PARTIES, THROUGH THEIR COUNSEL,

15  STIPULATE AS FOLLOWS:

16    The Settlement Conference, which is currently scheduled for August 31, 2010,

17  shall be reset to the first available and mutually convenient date after defense counsel's

18  motion is heard and ruled upon, but in no event shall be later than October 1, 2010.

19  Should Mr. Takieddine not appear for his scheduled deposition on August 30, 2010, SSD

20  shall be entitled to take Mr. Takieddine's deposition up to October 8, 2010

21  notwithstanding the current fact discovery cut-off date.  Other than Mr. Takieddine's

22  deposition, no other fact discovery shall be permitted after the date currently set for the

23  close of fact discovery.

24

25

26

27

28

STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND PROPOSED ORDER
Case No. CV 09 3699 SI

2996598v1  908801  72690

**It is so stipulated:**

DATED: August ____, 2010        SQUIRE, SANDERS & DEMPSEY LLP

By:_____/S_____
                    Joseph A. Meckes

DATED: August ___, 2010         HINSHAW & CULBERTSON LLP

By:_____/S_____
                    David L. Winnett
                    *Attorneys for Defendant*
                    *Ziad* Takieddine

     IT IS SO ORDERED:

DATED: March ___, 2010       By:_____
                    Susan Illston
                    Judge of the United States District Court

2992377v1   908801

---

3