DAVID L. WINNETT (SBN: 219063)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
dwinnett@hinshawlaw.com

Attorneys for Defendant
Ziad Takieddine

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY, L.L.P., <br><br> Plaintiff, <br><br> vs. <br><br> ZIAD TAKIEDDINE, <br><br> Defendant. | Case No.:  cv 09 3699 SI <br><br> **STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Hon. Susan I. Illston <br><br> Complaint Filed:  August 12, 2009 |

The undersigned parties hereby request an Order continuing the case management conference currently scheduled for October 12, 2010, before The Honorable Susan Illston to October 26, 2010, to allow time to exchange and finalize settlement documents.

IT IS SO STIPULATED:

Dated: October 5, 2010                HINSHAW & CULBERTSON LLP


                                      By:  _/S/ David L. Winnett_
                                           Attorneys for Defendant
                                           Ziad Takkiedine

/ / /

1

STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE,
CASE NO.  CV 09 3699 SI
2997727v1 0908801 72690

1 | Dated: October ___, 2010 | SQUIRE SANDERS & DEMPSEY

By: ___/S/Joesph Meckus___
    Plaintiff

IT IS SO ORDERED:

DATED: _____ | By: _/s/ Susan Illston_____
    Judge of the United States District Court

---

2

STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE,
CASE NO. CV 09 3699 SI
2997727v1  0908801  72690