| | |
|---|---|
| 1 | Squire, Sanders & Dempsey L.L.P. |
| | Joseph A. Meckes (State Bar # 190279) |
| 2 | Christopher D. Mays (State Bar # 266510) |
| | 275 Battery Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
| | Telephone:  +1.415.954.0200 |
| 4 | Facsimile:  +1.415.393.9887 |
| | Email:  JMeckes@ssd.com |
| 5 |          CMays@ssd.com |

Attorneys for Plaintiff
SQUIRE, SANDERS & DEMPSEY L.L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY L.L.P., a Limited Liability Partnership, | Case No.  CV 09-03699 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41)** |
| vs. | |
| ZIAD TAKIEDDINE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED THAT:

 Pursuant to a settlement agreement and Federal Rule of Civil Procedure 41(a), Plaintiff and Defendant agree and request that all claims asserted in this Action be dismissed with prejudice. This stipulation of dismissal is made pursuant to Rule 41(a).

Dated: November 3, 2010    _____/s/_____
                Joseph A. Meckes
                SQUIRE, SANDERS AND DEMPSEY L.L.P.

                Attorneys for Plaintiff Squire, Sanders & Dempsey L.L.P.

Dated: November 3, 2010    _____/s/_____
                David L. Winnett
                HINSHAW & CULBERTSON

                Attorneys for Defendant Ziad Takieddine

**IT IS SO ORDERED.**

DATED:_____    _____
                UNITED STATES DISTRICT JUDGE